UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

KAWAN PAYNE,
                                         **<u>INDICTMENT</u>**

        Defendant.

_____/

   The Grand Jury charges:

   (Felon in Possession of Firearms and Ammunition)

   From on or about November 21, 2024, through on or about December 6, 2025, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

KAWAN PAYNE,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more of the following firearms and ammunition, each of which was in and affecting commerce: a Smith & Wesson 9mm pistol, a Smith & Wesson .38 caliber revolver, approximately 23 rounds of 9mm ammunition, and approximately 5 rounds of .38 caliber ammunition.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION

The allegations contained this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of a violation of 18 U.S.C. § 922(g) set forth in this Indictment, the defendant,

KAWAN PAYNE,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), any firearm and ammunition involved in or used in the offense, including, but not limited to, the following property: a Smith & Wesson 9mm pistol, a Smith & Wesson .38 caliber revolver, approximately 23 rounds of 9mm ammunition, and approximately 5 rounds of .38 caliber ammunition.

18 U.S.C. § 924(d)(1)

A TRUE BILL

[ /s/ Redacted ]

_____

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____

AUSTIN J. HAKES
Assistant United States Attorney